UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LOUISE VRBA                                           CASE NO.: 3:23-cv-00232-HES-LLL

      Plaintiff,

v.

TARGET CORPORATION, a foreign profit corp.,

      Defendant.
_____/

### MEDIATOR'S REPORT

The parties held a mediation conference on December 20, 2023, and the results of that conference are indicated below:

1. **Attendance**

    The following participants attended the mediation conference:

    __X__ Lead Counsel.

    __X__ The parties or a party's surrogate satisfactory to the mediator.

    __X__ Any necessary insurance carrier representative.

    List any unexcused absence or departure from the mediation conference:
    _____
    _____
    _____

2. **Outcome**

    > Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

    __X__ The parties completely settled the case.

    _____ The parties partially settled the case. The following issues remain:

_____

_____

_____

_____ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

_____ The parties have reached an impasse.

**JAX MEDIATION CENTER**

**/s/ Penny W. Schmidt**
PENNY W. SCHMIDT, ESQ.
Mediator Certification No. 15346R
2700 University Boulevard West, Ste. A-1
Jacksonville, FL  32217
(904) 224-7044 (telephone)
(904) 833-8882 (facsimile)
pschmidt@jaxmediationcenter.com
therman@jaxmediationcenter.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this   20   day of December, 2023, that a copy of the foregoing has been filed using the CM/ECF system, which will electronically notify the following parties:

| | |
|---|---|
| Thomas Fichtelman, Esquire<br>Morgan & Morgan, P.A.<br>2601 North Ponce de Leon Blvd.<br>St. Augustine, FL  32084<br>tfichtelman@forthepeople.com<br>Attorney for Plaintiff | Joseph B. Stokes, III, Esquire<br>Saalfield Shad, P.A.<br>245 Riverside Avenue, Ste. 400<br>Jacksonville, FL  32202<br>jstokes@saalfieldlaw.com<br>Attorney for Defendant |

**/s/ Penny W. Schmidt**
PENNY W. SCHMIDT, ESQ.