UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LOUISE VRBA,

    Plaintiff,

v.                                Case No. 3:23-cv-232-HES-LLL

TARGET CORPORATION, a
Foreign profit corporation,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before this Court on a Mediation Report (Dkt. 21) that reveals this matter has been completely settled.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED** without prejudice, but this Court retains jurisdiction over this matter for the next sixty days. But any party may move this Court, within those sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE and ENTERED** at Jacksonville, Florida this 21st day of December, 2023.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Thomas Kent Fichtelman, Esq.
Joseph B. Stokes, III, Esq.
Seth Roebuck, Esq.