UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LOUISE VRBA,
    Plaintiff,

v.                                         Case No. 3:23-cv-232-HES-LLL

TARGET CORPORATION, a
Foreign profit corporation,
    Defendant.
_____/

# O R D E R

**THIS CAUSE** is before this Court on the Parties "Joint Stipulation for Dismissal with Prejudice" (Dkt. 23).

Accordingly, it is **ORDERED**:

1. The Parties "Joint Stipulation for Dismissal with Prejudice" (Dkt. 23) is **GRANTED**, and, pursuant to Fed. R. Civ. P. 41, this action is dismissed with prejudice with each party bearing its own attorneys' fees and costs; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE and ENTERED** at Jacksonville, Florida this 12th day of February, 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Thomas Kent Fichtelman, Esq.
Joseph B. Stokes, III, Esq.
Seth Roebuck, Esq.